UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FISHER, | No. 2:15-cv-1504 WBS GGH P |
| Petitioner, | |
| v. | ORDER |
| FRED FIGUEROA, Warden, | |
| Respondent. | |

This petition for writ of habeas corpus was denied on August 13, 2015 and judgment entered accordingly. Petitioner's filing, entitled "motion for request of 30 days prison law library access," filed on September 14, 2015, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: September 20, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Fish1504.158

1